# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>vs.<br><br>MARCELA HERNANDEZ SOLAR,<br><br>                              Defendant. | Case No.: 3:24-cr-2050-BTM<br><br>**ORDER REGARDING DEFENDANT'S REQUEST FOR MINIMAL PARTICIPANT ADJUSTMENT** |

    Before the Court is Defendant Marcela Hernandez Solar's request that the Court vary downwards in computing her guideline range based on the upcoming amendments to the U.S. Sentencing Guidelines' §§ 2D1.1(a)(5) and 2D1.1(e)(2)(B) due to Hernandez Solar being a minimal participant in the offense at issue. (ECF No. 39, at 6–8.) The Court held a sentencing hearing on June 16, 2025, at which the Court sentenced Hernandez Solar to 12 months and 1 day in the custody of the Federal Bureau of Prisons and 3 years of supervised release. (ECF No. 44.) At the June 16 hearing the Court also granted Hernandez Solar's request for a downward variance under the upcoming amendments.

    In the portion of Hernandez Solar's Sentencing Memorandum regarding her role in the offense, Hernandez Solar proffered that she was initially under the impression that she

1 would be transporting money, not drugs, that she "never knew the type or amount of drugs,"
2 that she "never knew where the drugs would be placed in the car," and that she "did not
3 know where the drugs came from." (ECF No. 39, at 5–6.) At the June 16 sentencing
4 hearing the Government stated it did not dispute the facts provided in Hernandez Solar's
5 Sentencing Memorandum as to role. Therefore, for the reasons explained in *United States*
6 *v. Maciel*, No. 3:24-cr-1636-BTM, 2025 WL 1822905, at *3–5 (S.D. Cal. June 30, 2025),
7 the Court finds that Hernandez Solar acted only as a courier in the context of the amended
8 § 2D1.1(e)(2)(B)(i) and she is entitled to a downward variance of 6 levels to take into
9 account the upcoming amendments to U.S.S.G. §§ 2D1.1(a)(5) and 2D1.1(e)(2)(B).

10 **IT IS SO ORDERED.**
11 Dated: July 3, 2025

Honorable Barry Ted Moskowitz
United States District Judge